# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Verna L. Orr. | JUDGMENT IN CASE |
| Plaintiff(s), | 1:20-cv-00238-DSC |
| vs. | |
| Andrew M. Saul, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 5, 2021 Order.

May 5, 2021

Frank G. Johns, Clerk
United States District Court